**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUNPAC USA, LLC,

    Plaintiff,

v.                                          Case No: 8:11-cv-2541-T-30TGW

ONIONS PLUS DISTRIBUTORS OF
FRESH FRUITS & VEGETABLES, INC.
and MELANIE A. GROSSIE,

    Defendants.

_____

## **ORDER OF DISMISSAL**

Before the Court is the Response to Order to Show Cause and Stipulation for Dismissal Without Prejudice (Dkt. #14). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of June, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2541 dismiss 14.docx