UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNPAC USA, LLC,

    Plaintiff,

v.                                                                Case No: 8:11-cv-2541-T-30TGW

ONIONS PLUS DISTRIBUTORS OF
FRESH FRUITS & VEGETABLES, INC.
and MELANIE A. GROSSIE,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Response to Order to Show Cause and Stipulation for Dismissal Without Prejudice (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of June, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2541 dismiss 14.docx